## United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Sandra O'Neal Stanley

**BANKRUPTCY NO.**  8:24–bk–13208–MH

**CHAPTER**  13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–0016
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 2/18/25

**Address:**
8212 Regency Street
La Palma, CA 90623

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: February 18, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**17 / JL**